AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| LaPonda Phillips Parris, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    3:12-cv-02202-TLW-SVH |
| | ) |
| | ) |
| Carmen Laliberte; SCANA, | ) |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, LaPonda Phillips Parris, shall take nothing of the defendant; Carmen Laliberte, from the complaint filed pursuant to 42 U.S.C. § 2000e and this action is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint without prejudice as to defendant Carmen Laliberte.

Date:  February 19, 2014                    *ROBIN L. BLUME, CLERK OF COURT*

                                           s/A. Buckingham
                                    _____
                                    *Signature of Clerk or Deputy Clerk*